1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **EASTERN DISTRICT OF CALIFORNIA**

7

8 VICTOR HOUX,                                    ) Case No.: 1:15-cv-00146-LJO-SAB (PC)
                                                 )
9           Plaintiff,                           )
                                                 ) ORDER DENYING PLAINTIFF'S REQUEST
10    v.                                         ) FOR RECORD ON APPEAL
                                                 )
11 LUKE KOLL, et al.,                            ) [ECF No. 20]
                                                 )
12          Defendants.                          )
                                                 )
13 _____)

14          On October 5, 2015, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed with

15 prejudice for failure to state a cognizable claim for relief.

16          Plaintiff filed a notice of appeal with the United States Court of Appeals for the Ninth Circuit,

17 and the case was assigned number 15-17094.

18          On January 8, 2016, Plaintiff filed a request for a record on appeal.  (ECF No. 20.)

19          Plaintiff is advised that if and when the Ninth Circuit requests a copy of a certain document,

20 the Court will provide such documentation at that time.  In addition, the file in this case is available by

21 way of the court's electronic case filing system (CM/ECF) which is available for view by the Ninth

22 Circuit.  Accordingly, Plaintiff's request for a copy of the record of appeal is DENIED as unnecessary.

23

24 IT IS SO ORDERED.

25 Dated:   **January 11, 2016**

26                                                  UNITED STATES MAGISTRATE JUDGE

27

28